UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES *ex rel.*
JULIE MCBRIDE,
LINDA WARREN,
DENIS MAYER, and
FRANK CASSADAY,

    Qui Tam Plaintiffs.

v.                                    Case No.: 1:05 CV 00828(HHK)

HALLIBURTON COMPANY *et al.,,*

    Defendants.

## DECLARATION OF LINDA WARREN

I, Linda Warren, declare that I am over the age of 18 years, that I am competent to testify on the matters set forth below, and that the following statements are made on the basis of personal knowledge, information and belief:

1.    I was hired by KBR as an laundry foreman in January of 2004, and worked in Central Baghdad, Camp Blackjack, Radwaniyah Palace Complex, Camp Victory, Al Taji and Camp Fallujah. My stint at Camp Fallujah ran from October of 2004, through January of 2005, where I served as an MWR Tech.

2.    My supervisor at Camp Fallujah was Crystal Nadeau who advised me that KBR was paid for the MWR facilities per use, and funding for MWR

facilities and personnel was based upon the number of patrons who utilized the facilities. I had this discussion with Crystal Nadeau shortly after Zeke Brown left, around the first of November of 2004.

3. Based upon what I witnessed, the "head-count" utilized by MWR was designed to inflate the number of patrons. My supervisors stressed the importance of the hourly counts. When an hourly head-count was missed, I witnessed KBR employees just write in a number without doing the actual count.

4. Usually the Third Country Nationals ("TCNs") collected the data for the head counts, and they would give that information to me or one of my co-employees to report the head count totals.

5. At one point, Crystal Nadeau asked me to add to the head count the number of bottles of water that had been consumed that day, but I refused.

6. I only prepared one Sit Report, and refused to do any others because when I checked my report on the day after it was sent to the area manager, all my numbers had been changed.

7. I often witnessed at least one hundred soldiers waiting in line to use the Internet Café. While those soldiers waited in line, they would be counted at

the top of each hour as they waited. They would be counted, again, when they signed in to the facility.

8. I was advised my Crystal Nadeau to recycle the paper I used for the hourly counts by using the back of the paper, as well, and then to destroy the paper after the numbers were reported.

9. I noticed that in almost every office at Camp Victory, construction materials were used to build supports on which KBR staff could hang their heavy flak vests. There were also a few "flak vest supports" built at Camp Fallujah. Furniture which was sometimes crafted by the TCN workforce and put into private rooms.

10. While I was a laundry foreman, KBR paid its subcontractor Prime Projects International ("PPI") to pay the TCN laundry workers $7 a day, but then billed the military for this work at $25 per bag, a roughly ten-fold markup for KBR. HCNs were paid $5 per day.

11. In January of 2005, I initiated a grievance procedure with my supervisor, Crystal Nadeau, about the padded accounting procedures and other issues at Camp Fallujah. It progressed up the chain to the camp manager. I was later called into a meeting with Crystal Nadeau and Mike August, KBR's Chief of Services; and was summarily fired for "not getting along with employees."

I declare under penalty of perjury that the above statements are true and correct to the best of my knowledge and belief.

Date: 2/14/07     *Linda S Warren*

Linda Warren, Declarant