Case 1:05-cv-00828-FJS    Document 33-3    Filed 02/16/07    Page 1 of 5

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES *ex rel.*
JULIE MCBRIDE,
LINDA WARREN,
DENIS MAYER, and
FRANK CASSADAY,

    Qui Tam Plaintiffs.

v.                               Case No.: 1:05 CV 00828(HHK)

HALLIBURTON COMPANY *et al.*,,

Defendants.

## DECLARATION OF DENIS MAYER

I, Denis Mayer, declare that I am over the age of 18 years, that I am competent to testify on the matters set forth below, and that the following statements are made on the basis of personal knowledge, information and belief:

1.    I was hired by KBR as an MWR coordinator in May of 2004. I had been recruited through an internet website. I was stationed at Camp Al-Asad from May through July 2004, and then at Camp Fallujah from July 2004, until August 2005. When I was first assigned to Camp Fallujah, there were approximately 100 KBR employees. By the time I left, there were approximately 300.

2. I worked for twelve hours per day, seven days per week, usually from 6:00 a.m. until 6:00 p.m., but I occasionally worked the night shift. Typically, new employees would work the day shifts until they became comfortable with their duties and assignments. Once an employee became comfortable with his or her duties, the employee could be assigned to the day or evening shift.

3. My duties included coordinating and supporting all of the activities that took place in the MWR facilities in Camp Fallujah, which meant ensuring that anybody who entered an MWR facility signed in to use it.

4. I was trained for my duties by my supervisor, Crystal Nadeau and her predecessor. Crystal Nadeau, advised me that KBR was paid for the MWR facilities per use. Crystal Nadeau and other supervisors stressed to me the importance of the hourly counts and reprimanded me and others if an hourly count was neglected. The hourly counts were usually done at the top of each hour. If an hourly head-count was missed, I witnessed KBR employees writing-in numbers without doing the actual count, but I would not do this.

5. I observed other employees being written-up and even fired for forgetting to do the hourly counts or for refusing to do the hourly counts. Some of the employees who were Third Country Nationals (TCNs) were also responsible for the hourly counts. I often observed another manager named Phil randomly completing the hourly counts with fabricated numbers when the TCNs forgot to do their counts.

6. The importance of the hourly counts was emphasized to me and to my co-workers at every staff meeting. We had a staff meeting at least once each month, but sometimes they were held on a weekly basis.

7. My duties included making hourly head-counts of people using the MWR facilities, and often making reports on Excel spreadsheets to e-mail as attachments to my area KBR manager. The night shift was usually, but not always, responsible for the stat reports, and they were due by 12:00 noon of the following day. Copies of the reports were sent to each camp manager, including Crystal Nadeau. If a report was not completed and sent by the time it was due, the person responsible for the report would be reprimanded by his or her manager.

8. During my time in Iraq, Camp Fallujah had two buildings devoted to MWR. The first MWR building was called the Fitness Center. The Fitness Center included five rooms: the Weight Room, the Video Game Room, the Game Room, the "AB" (abdominal weight training) Room, and the Theater Space, where larger activities like dances were held. The second MWR building in Camp Fallujah was known as the Internet Café. The Internet Café had approximately 40 computers and ten phones for military personnel to use, and also housed a library for use by the troops.

9. The 40 computers at the Internet Café were a very popular and important link to the United States for the U.S. military troops. I often witnessed United States military personnel waiting in a long line, often for more than an hour, to use the computers. On the average, I witnessed approximately one

hundred (100) people waiting in line for the computers during the hours that the Internet café was open. The Internet Café was usually only closed for two (2) hours per day for cleaning, usually between 5:00 – 7:00 a.m. This meant that if any of those approximate 100 people waited in line for more than an hour, they would be counted at least twice, during each hour they waited in line, and often even more than that.

10. During the time that I worked at Camp Fallujah, KBR employed approximately ten employees to staff the MWR facilities, including 9 coordinators and 1 supervisor, all of whom were U.S. employees serving at Camp Fallujah.

11. I became aware of the procedures that were being used by KBR personnel to count the number of people who used the MWR facilities. I was trained to do the counts by my supervisor, Crystal Nadeau and her predecessor. First, every patron who entered the Fitness Center to use the facilities would sign in, and that signature was counted as a person using that MWR facility. In addition, any person who signed in to use either a computer or a phone in the Internet Café was also counted as a person using an MWR facility, and added to the total number of those using the MWR facilities. In addition to that, KBR instructed its TCN employees, who were non-Americans imported from outside Iraq, to take an hourly count of how many people were using each room in the Fitness Center, as well as the library of the Internet Café, on a 24-hours-per-day basis (except during the brief cleaning). These hourly totals were also added to the total number of those using the MWR facilities.

I declare under penalty of perjury that the above statements are true and correct to the best of my knowledge and belief.

Date: 6 FeB 2007

_Denis E. Mayer_

Denis Mayer, Declarant